| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): [name]   C. Date of Delivery: 6/25/07 |
| 1. Article Addressed to:<br>Alabama Dept. of Agriculture & Industries<br>Attn: Legal Dept<br>1445 Federal Drive<br>Montgomery, AL 36107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>07cv548<br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0005 3138 8334 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |