IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Nortnern _____ DIVISION

RECEIVED

2007 JUL -9 A 10: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

Shannon Burton                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CASE NO. 2:07-cv-548
                                  )
Alabama Department of AG & I      )
                                  )
        Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Shannon Burton , a  Plaintiff          in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____

7/9/07                               _____
Date                                 (Signature)

                                     **Juraldine Battle-Hodge**
                                     (Counsel's Name)

                                     **Shannon Burton**
                                     Counsel for (print names of all parties)
                                     207 Montgomery Street, Suite 215
                                     Montgomery, AL 36104
                                     Address, City, State Zip Code
                                     (334) 262-1177
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Juraldine Battle-Hodge _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9th day of July _____ 20 07, to:

Alabama Department of Agriculture & Industries _____

Attn: Legal Department _____

1445 Federal Drive _____

Montgomery, AL 36107 _____

_____

_____

_____
7/9/07
Date

_____
Signature