IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

SHANNON BURTON, )

    Plaintiff, )

v. ) Case No: 2:07-CV-548

STATE OF ALABAMA )
DEPARTMENT OF AGRICULTURE &
INDUSTRIES, )

    Defendant. )

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through his counsel, and respectfully requests this Honorable Court for an Extension of Time to supplement Response to Defendant's Motion for Summary Judgment until June 12, 2008. In support thereof, the Court is shown the following:

1. That the Defendant filed its Motion for Summary Judgment on May 13, 2008.

2. That the undersigned attorney was ordered to respond to said motion on or before May 30, 2008.

3. That the undersigned attorney is without discovery that is critical to her response.

4. That the undersigned has requested said discovery from the Defendant and the Defendant is working to get the requested discovery to the Plaintiff.

5. That the undersigned has received a portion of said discovery, but is still in need of the remainder of the discovery.

6. That the discovery involves one recording with which the undersigned must review.

7. That the undersigned attorney is leaving Montgomery, Alabama for Alaska on May 30, 2008 and will return to Alabama on June 11, 2008.

8. That the undersigned attorney is a solo practitioner and is completely responsible for responding to said order.

9. That as a result, the undersigned attorney requests an extension of time until June 12, 2008 to supplement her response.

10. That the undersigned attorney has spoken with E. Ham Wilson, Jr., attorney for the Defendant, with regard to this request for extension of time, and he has no objection.

11. That the parties will not be prejudiced by an extension of time.

WHEREFORE, the premises considered, the Plaintiff respectfully prays that she be granted an extension of time to supplement her response until June 12, 2008.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following by placing a copy of the same in the United States Mail, First Class, postage prepaid, and addressed as follows on the 30th day of May 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel