IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHANNON BURTON,                    )
                                   )
      Plaintiff,                   )
                                   )        CIVIL ACTION NO.
      v.                           )         2:07cv548-MHT
                                   )
ALABAMA DEPARTMENT OF              )
AGRICULTURE & INDUSTRIES,          )
                                   )
      Defendant.                   )

ORDER

It is ORDERED that the motion for extension of time

(doc. no. 18) is granted.

DONE, this the 2nd day of June, 2008.


        /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE