**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **SHANNON BURTON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:    2:07cv548-MHT |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **AGRICULTURE & INDUSTRIES** ) | |
| ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Defendant Alabama Department of Agriculture & Industries, and pursuant to this Court's Uniform Scheduling Order[1], submits that counsel for the parties conducted a Face-to-Face Settlement Conference. The parties are unable to reach a settlement agreement at this time and do not believe mediation would be beneficial at this point.


　　/s/　　Emily C. Marks
EMILY C. MARKS

　　/s/　　E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

---

[1] This Court's Uniform Scheduling Order specifies that this document is to be filed by counsel for the plaintiff. Counsel for the plaintiff is currently out of town and counsel for the defendant agreed to make the submission in her absence.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                              /s/ Emily C. Marks
                                              OF COUNSEL