IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JUN 12 P 5: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT A..

SHANNON BURTON,       )
                      )
    Plaintiff,        )
                      )
v.                    )   Civil Action No: 2:07-CV-548
                      )
ALABAMA DEPARTMENT OF AGRICULTURE  )
AND INDUSTRIES,       )
                      )
    Defendant.        )
                      )

### PLAINTIFF'S AMENDED RESPONSE AND OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff as allowed by the extension of time granted by this Honorable Court and files her amended Response and Objection to Defendant's Motion for Summary Judgment and hereby moves this Honorable Court to deny Defendant's Motion for Summary Judgment. As grounds therefore, the Plaintiff avers that there is a genuine issue of material fact and the Defendant is not due a Summary Judgment as a matter of law. In support of his response, Plaintiff relies on the applicable law, pleadings, affidavits and evidentiary materials attached hereto:

1. Exhibit "1"   - Complaint
2. Exhibit "2"   - Answer
3. Exhibit "3"   - Amended Complaint
4. Exhibit "4"   - Answer to Amended Complaint
5. Exhibit "5"   - Plaintiff's Affidavit
6. Exhibit "6"   - Certificate of Jury Service

7. Exhibit "7"   - Progressive Discipline

8. Exhibit "8"   - Warning, reprimand, suspension

9. Exhibit "9"   - ALJ Recommendation

10. Exhibit "10"  - Personnel File

11. Exhibit "11"  - Motion to Enforce

12. Exhibit "12"  - EEOC Complaint

13. Exhibit "13"  - Hester Memorandum

14. Exhibit "14"  - Hester's Deposition

15. Exhibit "15"  - Hester's Letter to Plaintiff

16. Exhibit "16"  - Jackie Graham's Letter

17. Exhibit "17"  - Spenser's April 10, 2006, Letter

18. Exhibit "18"  - Spencer's August 4, 2006 Letter

19. Exhibit "19"  - Orientation Manual

20. Exhibit "20"  - Evaluations

21. Exhibit "21"  - Recordings

22. Exhibit "22"  - Recording of ALJ Hearing

**WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff respectfully request that this Honorable Court deny Defendant's Motion for Summary Judgment and allow this case to move forward.

Respectfully submitted on this the 12th day of June 2008.

_____
Juraldine Battle-Hodge (3072-G-61J)
Attorney for Plaintiff



Exhibit 22
(2 tapes in manilla envelope w/ file)