IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON,                )<br>                               )<br>   Plaintiff,                  )<br>                               )    CIVIL ACTION NO.<br>   v.                          )    2:07cv548-MHT<br>                               )<br>ALABAMA DEPARTMENT OF          )<br>AGRICULTURE & INDUSTRIES,      )<br>                               )<br>   Defendant.                  ) | |

### ORDER

It is ORDERED that defendant's motion for leave to file reply (doc. no. 25) is granted.

DONE, this the 20th day of June, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE