IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON,                ) | |
| ) | |
| Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
| v.                     ) | 2:07cv548-MHT |
| ) | |
| ALABAMA DEPARTMENT OF       ) | |
| AGRICULTURE & INDUSTRIES,   ) | |
| ) | |
| Defendant.              ) | |

ORDER

It is ORDERED that defendant's motion to strike (doc. no. 26) is set for submission, without oral argument, on July 7, 2008, with all briefs due by said date.

DONE, this the 20th day of June, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE