IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:07-CV-548 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AFIDAVIT SUBMITTED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, in response to Defendant's Motion to Strike Portions of Plaintiff's Affidavit Submitted in Opposition to Motion for Summary Judgment. In response to said Motion, Plaintiff represents unto this Court as follows:

1. That the Plaintiff has edited her affidavit in accordance with Rule 56 (e) of the Federal Rules of Civil Procedure and will edit her Response to Defendant's Motion for Summary Judgment accordingly.

2. That as a result, the Plaintiff moves this Honorable Court to allow her leave to amend her affidavit. See Attachment "A."

WHEREFORE, the premises considered, the Plaintiff respectfully submits her amended affidavit in response to Defendant's Motion to Strike Portions of Plaintiff's Affidavit.

                                Respectfully submitted,

                                Juraldine Battle-Hodge (BAT033)
                                Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following by electronic filing and addressed as follows on the 7th day of July 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel