IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>AGRICULTURE & INDUSTRIES, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv548-MHT |

### ORDER

It is ORDERED that plaintiff's motion for leave to amend (doc. no. 32) is granted.

DONE, this the 8th day of July, 2008.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**