IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON BURTON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   2:07cv548-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES | ) | |
| | ) | |
|     Defendants. | ) | |

## **DEFENDANT'S DEPOSITION DESIGNATION**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, designates the following deposition excerpts for use at trial:

Shannon Burton Deposition:

1. p. 113, l. 18 through p. 116, l. 15

2. p. 136, l. 14 through p. 138, l. 15

3. p. 143, l. 17-19

4. p. 143, l. 22 through p. 144, l.17

5. p. 145, l. 15-19

6. p. 154, l. 13 through p. 155, l. 3

7. p. 157, l. 8-15

8. p. 168, l. 2 through p. 170, l. 2

9. p. 171, l. 8-13

10. p. 178, l. 16 through p. 179, l. 16

11. p. 187, l. 3 through p. 188, l. 17

12.    p. 208, l. 1 through p. 209, l. 21

      /s/    Emily C. Marks
EMILY C. MARKS

      /s/    E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                              /s/ Emily C. Marks
                                              OF COUNSEL