**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHANNON BURTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   2:07cv548-MHT |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **AGRICULTURE & INDUSTRIES** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S EXHIBIT LIST**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, provides the list of the following exhibits that may be introduced as evidence at the trial of this cause:

1. Plaintiff's personnel file.

2. 2006 Organizational Chart.

3. Department of Agriculture Employee Handbook for Employees.

4. Department of Agriculture Policy Progressive Discipline.

5. Administrative Support Assistant III salary and description.

6. Written Warning dated November 3, 2005.

7. Burton Response to Written Warning.

8. November 8, 2005 Memorandum from Lance Hester to plaintiff regarding the written warning of November 3, 2005.

9. Written Reprimand dated November 10, 2005.

10. Memorandum to plaintiff regarding refusal to sign written warning.

11. November 15, 2005 letter to plaintiff regarding suspension.

12. November 17, 2005 letter from Teresa Brunson to plaintiff.

13. November 18, 2005 Letter of Appeal of Suspension from plaintiff to Commissioner Sparks.

14. Letter of Suspension dated November 22, 2005.

15. Burton's 2005 Performance Appraisal.

16. December 7, 2005 letter to plaintiff regarding post-suspension review.

17. December 7, 2005 letter to Administrative Hearings regarding suspension.

18. January 6, 2006 letter to Legislative Member from plaintiff.

19. Flyer to All African-American employees.

20. January 10, 2006 letter to Montgomery City Council Member with attached flyer.

21. April 27, 2006 letter from Jackie Graham.

22. Plaintiff's EEOC Charge of Discrimination.

23. Flyer to Voters critical of Ron Sparks and/or the Department of Agriculture.

24. Flyer to Voters critical of Ron Sparks and/or the Department of Agriculture.

25. Any exhibit listed on plaintiff's Exhibit List to which there is no objection by defendant.

26. Any exhibit produced or revealed through further discovery.

27. Any exhibit needed for rebuttal purposes.

28. Any exhibit needed to refresh a witnesses' recollection.

29. Any exhibit needed for impeachment purposes.

30. Defendant reserves the right to amend this Exhibit List.

    /s/    Emily C. Marks
EMILY C. MARKS

    /s/    E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

    /s/ Emily C. Marks
OF COUNSEL

3