**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SHANNON BURTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   2:07cv548-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| AGRICULTURE & INDUSTRIES ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S WITNESS LIST**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, provides the names of the following individuals who the Defendant expects to call as witnesses at the trial of this cause:

1. Deputy Commissioner Doug Rigney
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

2. Deputy Commissioner Ronnie Murphy
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

3. Lance Hester
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

4. Teresa Brunson
   Personnel Director
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

5. Shannon Burton
c/o Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

The following individuals may be called as witnesses at the trial of this cause if the need arises:

6. George Parish
Program Director
Alabama Dept of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama

7. Mary Catrett
Alabama Dept of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama

8. Jackie Graham
State of Alabama Personnel Department
300 Folsom Administrative Building
64 North Union Street
Montgomery, Alabama 36130-4100

9. Commissioner Ron Sparks
Alabama Dept of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama

10. Deputy Commission Teresa Smiley
Alabama Dept of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama

11. Dr. John Bloch
229 Tensaw Road
Montgomery, Alabama 36117

12. Any witness listed on plaintiff's Witness List, to which the defendant does not have an objection.

13. Any custodian of records needed to authenticate any records.

14. Any witness needed for rebuttal purposes.

15. Any witness whose identify is revealed through further discovery.

16. Any witness needed for impeachment purposes.

17. The defendant reserves the right to amend this Witness List should additional names be known to this defendant.


      /s/     Emily C. Marks
EMILY C. MARKS

      /s/     E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                        /s/ Emily C. Marks
                                        OF COUNSEL