IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON BURTON,

    Plaintiff,                              )

v.                                     )    Case No: 2:07-CV-548

STATE OF ALABAMA              )
DEPARTMENT OF AGRICULTURE &amp;
INDUSTRIES,                        )

    Defendant.                      )

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through her counsel, and respectfully requests this Honorable Court for an Extension of Time to file her witness list, deposition designations, and exhibit list until August 4, 2008. In support thereof, the Court is shown the following:

1. That as per the scheduling order in the above case, the witness list, disposition designations and exhibit list are due on July 30, 2008.

2. That the undersigned attorney mistakenly calendared the due date on the wrong date.

3. That based on this mistake, the undersigned attorney has not completed the required filings.

4. That once the undersigned attorney realized her mistake, she immediately began preparing the required filings.

5. That as a result, the undersigned attorney requests an extension of time until August 4, 2008, to file the witness list, deposition designations and exhibit list.

6. That the undersigned attorney has spoken with Emily Marks, attorney for the Defendant, and informed her of her intent to file this request for extension of time.

7. That the parties will not be prejudiced by an extension of time.

WHEREFORE, the premises considered, the Plaintiff respectfully prays that she be granted an extension of time until August 4, 2008.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 30th day of July 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel