IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUL 31  P 4: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| SHANNON BURTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 2:07-CV-548 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) | |
| Defendant. | ) | |

## WITNESS LIST

COMES NOW the Plaintiff, pursuant to the Court's Scheduling Order and files her list of names, addresses, and telephone numbers of all witnesses and provides as follows:

**WITNESSES EXPECTS TO PRESENT**

Shannon Burton
3253 Capwood Curve
Montgomery, AL 36116
(334) 286-0266


Charlenthia Candidate
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Dynetta Burton
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7262

Wilma Fitzpatrick
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7260

Faye Golden
1445 Federal Drive
Montgomery, AL 36107
(334) 240-6580

Ava Mann
Birmingham, AL
(205) 989-2542

Jamie Baxley
Montgomery, AL

Douglas Rigney
1445 Federal Drive
Montgomery, AL 36107
(334) 240 7100

Dr. John Block
Montgomery, AL

Teresa Smiley
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Ann Williams
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7228

George Paris
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7250

Pat Burgess
1445 Federal Drive
Montgomery, AL 36107
(334) 240-3711

Any person identified on the Defendant's witness list filed earlier, herein, or any later witness list of the Defendant.

Any person sufficiently identified prior to trial so as not to prejudice the Plaintiff herein.

Any person necessary to rebut testimony by any witness whose identity is not presently known to the Plaintiff, but can be ascertained based upon the testimony or exhibits proffered.

Any person necessary to rebut any document or exhibit proffered at trial.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 31st day of July 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel