IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUL 31  P 4· 13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SHANNON BURTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:07-CV-548 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) |
| Defendant. | ) |

## DEPOSITION DESIGNATIONS

COMES NOW the Plaintiff, pursuant to the Court's Scheduling Order and files her deposition designations as follows:

### DEPOSITION OF LANCE HESTER

1. Page 50, lines 9-23
2. Page 51, lines 1-23
3. Page 52, lines 1-23
4. Page 53, lines 1-23
5. Page 56, lines 7-23
6. Page 58, lines 6-23
7. Page 59, lines 1-22
8. Page 70, lines 16-23
9. Page 71, lines 1-6
10. Page 88, lines 16-23
11. Page 89, lines 1-23

12. Page 104, lines 1-23

13. Page 105, lines 1-23

14. Page 106, lines 16-23

15. Page 107, lines 1-23

16. Page 108, lines 1-9

17. Page 112, lines 21-21

18. Page 113, lines 1-9

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 31st day of July 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel