IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHANNON BURTON,                 )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )    2:07cv548-MHT
                                )
ALABAMA DEPARTMENT OF           )
AGRICULTURE & INDUSTRIES,       )
                                )
    Defendant.                  )
```

### ORDER

It is ORDERED that the motion for extension time (doc. no. 37) is granted.

DONE, this the 1st day of August, 2008.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE