**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHANNON BURTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:    2:07cv548-MHT |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **AGRICULTURE & INDUSTRIES** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/MOTION TO STRIKE ADDITIONAL EVIDENTIARY SUBMISSION**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and submits the following Motion to Strike Plaintiff's Amended Response to Defendant's Motion for Summary Judgment/Motion to Strike Plaintiff's additional evidentiary submission (Doc. 43).

1. Pursuant to its Order setting Defendant's Motion for Summary Judgment for submission, this Court ordered the plaintiff to file any opposing brief *and evidentiary materials* by May 30, 2008.  (Doc. 17).

2. Plaintiff submitted her Response to Defendant's Motion for Summary Judgment and evidentiary materials on May 30, 2008.  (Docs. 19, 20).

3. Plaintiff submitted an Amended Response to Defendant's Motion for Summary Judgment on June 12, 2008.  (Doc. 24).

4. On August 4, 2008, Plaintiff submitted a second Amended Response to Defendant's Motion for Summary Judgment.  (Doc. 43).

5. Although Plaintiff represents that she "amends this Response to provide corrected designations for Plaintiff's Affidavit", the Plaintiff adds reference to an additional exhibit, a

recording of the hearing on Plaintiff's suspension before the Administrative Law Judge (ALJ), identified by the Plaintiff in her amended response as Exhibit 22. (Doc. 43, pp. 6, 7, 15).

6. The Defendant objects to the Plaintiff's inclusion of additional evidence on summary judgment at this late date. Summary Judgment was set for submission on May 30 2008. The pretrial hearing is set for August 11, 2008. The trial is set for September 8, 2008. The recording of the hearing before the ALJ was not timely submitted on summary judgment. Further, the Defendant is prejudiced by the inclusion of this additional evidence not only because it is not timely, but because the Plaintiff has never provided the Defendant with this exhibit. The Defendant does not have a copy of this recording, nor has the Defendant ever heard a copy of this recording. Accordingly, the Defendant moves to strike the Plaintiff's untimely submission of an Amended Response to Defendant's Motion for Summary Judgment or, in the alternative, requests that this Honorable Court strike the recording of the ALJ hearing from consideration on summary judgment.

WHEREFORE, the foregoing premises considered, the Defendant respectfully requests this Honorable Court strike Plaintiff's entire Amended Response to Defendant's Motion for Summary Judgment (Doc. 43) or, in the alternative, to strike the recording of the ALJ hearing from consideration on summary judgment.

      /s/    Emily C. Marks
EMILY C. MARKS

      /s/    E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                      /s/ Emily C. Marks
                                      OF COUNSEL