**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **SHANNON BURTON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.:     2:07cv548-MHT |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **AGRICULTURE & INDUSTRIES** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S RESPONSIVE DEPOSITION DESIGNATION**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, designates the following deposition excerpts in response to plaintiff's deposition designations for use at trial:

Lance Hester Deposition:

1. p. 54, l. 9 through p. 55, l. 3

2. p. 56, l. 5-6

3. p. 57, l. 7-18

4. p. 108, l. 10-21


         /s/     Emily C. Marks
EMILY C. MARKS

         /s/     E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                        /s/ Emily C. Marks
                                        OF COUNSEL