**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **SHANNON BURTON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07cv548-MHT |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **AGRICULTURE & INDUSTRIES** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF ISSUANCE OF DECISION**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's verbal order of August 11, 2008, hereby submits notice of the issuance of the decision of the Commissioner of the Department of Agriculture rejecting the Recommendation of the Administrative Law Judge as it relates to plaintiff's suspension. The Decision of the Commissioner is attached hereto.

　　　　　　　　　　　　　　　　　　　／s/　　Emily C. Marks
　　　　　　　　　　　　　　　　　EMILY C. MARKS

　　　　　　　　　　　　　　　　　　　／s/　　E. Hamilton Wilson, Jr.
　　　　　　　　　　　　　　　　　E. HAMILTON WILSON, JR.
　　　　　　　　　　　　　　　　　Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                      /s/ Emily C. Marks
                                      OF COUNSEL




# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

August 11, 2008

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Shannon Burton
c/o Juraldine Battle-Hodge
207 Montgomery Street
Montgomery, AL 36104

Dear Ms. Burton:

In the Matter of:     Shannon Burton

　　　　　　　　　　Suspension Hearing

### DECISION OF THE COMMISSIONER OF THE ALABAMA DEPARTMENT OF AGRICULTURE AND INDUSTRIES

　　This matter is before the Commissioner of the Alabama Department of Agriculture and Industries to accept, reject, or modify the Recommendation of the Administrative Law Judge (ALJ) that the suspension of Shannon Burton be rescinded. After considering the facts, state personnel rules, and ALJ Recommendation, the Recommendation of the Administrative Law Judge is hereby rejected and Ms. Burton's suspension is upheld.

　　Shannon Burton was suspended in November, 2005 for continued insubordination after she repeatedly failed to follow the directives of her supervisors to sign an acknowledgement of receipt of a written warning, and a written reprimand. Had Ms. Burton simply signed the written warning, and/or the written reprimand, there would not have been a need for further disciplinary process that led to her suspension. Ms. Burton received a pre-suspension hearing before the undersigned on November 18, 2005. After review and consideration of the charges against Ms.

Burton, her rebuttal, and written notice of appeal, Ms. Burton's suspension was upheld. Ms. Burton was suspended for 10 working days, without pay, from November 23, 2005 through December 6, 2005.

In accordance with Ms. Burton's request for a post-suspension review, on December 7, 2005, the undersigned designated an Administrative Law Judge to preside over the review. A hearing before the ALJ was held on February 21, 2006. Both the Department of Agriculture and Industries and Ms. Burton were represented by counsel at this hearing and presented testimony, documentary evidence, and argument supporting their respective positions. On April 18, 2006, the ALJ issued a recommendation finding that Ms. Burton's conduct did not constitute insubordination and recommending that the suspension of Ms. Burton be rescinded.

I have reviewed the ALJ Recommendation, the facts of this case, the State Personnel Policies, and letter from State Personnel Director Jackie Graham expressing disagreement with the ALJ's interpretation of the State Personnel Department's policies and procedures in relation to Ms. Burton's situation. After careful consideration, I find that the ALJ's interpretation of State Personnel Policies is flawed as it relates to Ms. Burton's conduct. Ms. Burton's continued failure to follow the directives of her supervisors to sign the acknowledgement of receipt of her written warning and reprimand clearly constitutes insubordination. This insubordination subjected Ms. Burton to disciplinary action under the State Personnel Policies, including suspension. Ms. Burton was warned by her supervisors that continued failure to follow their directives would subject her to additional disciplinary action. Despite these warnings, Ms. Burton continued to refuse to sign acknowledgment of receipt of her written warning and reprimand. Her continued defiance and failure to submit to authority was disruptive, inexcusable, and further insubordinate.

Accordingly, it is the decision of this office that the Recommendation of the Administrative Law Judge be rejected, and Ms. Burton's suspension is upheld.

DONE this the 11th day of August, 2008.

_____
RON SPARKS, COMMISSIONER
Alabama Department of Agriculture and Industries