IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHANNON BURTON,                )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )          2:07cv548-MHT
                               )
ALABAMA DEPARTMENT OF          )
AGRICULTURE & INDUSTRIES,      )
                               )
    Defendant.                 )

ORDER

It is ORDERED that the motion to strike (Doc. No. 44) is denied.

DONE, this the 13th day of August, 2008.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE