IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:07-CV-548 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S REQUESTED VOIR DIRE

COMES NOW the Plaintiff and respectfully propounds the following voir dire:

1. Does any member of the jury venire know of, or has any member of the jury venire ever heard of any of the following witnesses or individuals who may be called to testify in the case? If so, please state the details of such knowledge.

    - Charlenthia Candidate

    - Dynetta Burton

    - Wilma Fitzpatrick

    - Faye Golden

    - Ava Mann

    - Jamie Baxley

    - Douglas Rigney

    - John Block

    - Teresa Smiley

    - Ann Williams

- George Paris
- Pat Burgess

2. Is any member of the jury venire related to the following witnesses or individuals who may be called to testify in the case by blood or marriage? If so, state the degree of kinship.

3. Is there any member of the jury venire or their immediate family who has served as a jury in a civil or criminal case?

4. If so, please state the type of case and the outcome of the case?

5. Has any member of the jury venire ever been a Plaintiff, Defendant, or witness in any lawsuit?

6. If so, please explain the role you played and the outcome of the lawsuit.

7. Does anyone on the jury venire know any other member of the jury venire? If so, how?

8. Has any member of the jury venire or anyone in your immediate family ever been suspended from a job?

9. Has any member of the jury venire or anyone in your immediate family ever worked for the name Defendant?

10. Has any member of the jury venire or anyone in your immediate family ever worked for the State of Alabama?

11. Do any members of the jury venire or immediate family members own or have stock in a business?

12. If so, please explain.

Respectfully submitted,

_____
Juraldine Battle-Hodge (3072-G-61J)
318 N. Decatur Street
Montgomery, AL 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:    (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 25th day of August 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel