IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANNON BURTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv548-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| AGRICULTURE & INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

ORDER

Because of the pending dispositive motion, it is ORDERED that the jury selection and trial are continued to December 1, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, with any deadlines tied to such date adjusted accordingly.

DONE, this the 28th day of August, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE