IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv548-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that defendant's motion to strike (Doc. 26) is denied.

Because the defendant's motion for summary judgment has been granted with respect to the discrimination claim (the only claim to which the excerpt at issue is relevant), the motion to strike is moot.

DONE, this the 21st day of November, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE