IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHANNON BURTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv548-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the parties are to file briefs by November 26, 2008, addressing what damages, if any, are recoverable on the remaining claims.

DONE, this the 24th day of November, 2008.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE